NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BROOKE GARDNER,                              )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D18-1187
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____ )

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert D. Rosen, Assistant Public Defender,
Bartow, for Appellant.

Ashely Brooke Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.